UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRETT JONES,

    Petitioner,

  v.

JOHN DOE,

    Respondent.

Case No. 20-cv-08710-WHO (PR)

**ORDER OF DISMISSAL**

After petitioner, who seeks a writ of mandamus, filed an "affidavit," the Clerk sent him notices directing him to file a petition on this Court's form, and to file an application to proceed *in forma pauperis* (IFP). Petitioner has not complied with the Clerk's Notices. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, petitioner may move to reopen. Any such motion must contain (i) a petition on this Court's form; <u>and</u> (ii) a complete application to proceed IFP, or full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** February 4, 2021

                                              WILLIAM H. ORRICK
                                              United States District Judge