UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT "EEON" JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>        Defendants. | Case No. 20-cv-08710-WHO (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |

After petitioner Bret "Eeon" Jones filed an "affidavit," the Clerk sent him notices directing him to file a petition on this Court's form, and to file an application to proceed *in forma pauperis* (IFP). (Dkt. Nos. 2 and 3.) When Jones did not comply with the Clerk's Notices, the action was dismissed. (Dkt. No. 8.) Jones since has filed a petition, an IFP application, and a motion for reconsideration, which the Court construes as a motion to reopen. (Dkt. Nos. 10, 11 and 13.) The motion to reopen is GRANTED, and the action is REOPENED. The Clerk shall modify the docket to reflect that the action is reopened. The judgment and the order of dismissal are VACATED.

The handwritten petition is difficult to follow and it does not appear on this Court's form. Accordingly, it is DISMISSED with leave to file an amended petition that appears on this Court's form. A copy of the form will be sent to Jones. In it, he must specify grounds for habeas relief, that is, allegations that challenge the validity of his conviction and/or the length of his sentence.

The amended petition must be filed on or before **July 18, 2022**. It must include the caption and civil case number used in this order (20-08710 WHO (PR)) and the words FIRST AMENDED PETITION on the first page. Because an amended petition

completely replaces the previous petitions, petitioner must include in his amended petition all the claims he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Petitioner may not incorporate material from the prior petition by reference. Failure to file an amended petition in accordance with this order may result in dismissal of this action without further notice to petitioner.

It is petitioner's responsibility to prosecute this case. Petitioner must keep the Court informed of any change of address by filing a separate paper with the Clerk headed "Notice of Change of Address." He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so. Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**Dated:** June 3, 2022



WILLIAM H. ORRICK
United States District Judge