UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRETT "EEON" JONES,

    Petitioner,

v.

UNITED STATES, et al.,

    Respondents.

Case No. 20-cv-08710-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Jones has not filed an amended petition by the deadline of July 18, 2022. Accordingly, this federal habeas corpus action is DISMISSED (without prejudice) for failing to file an amended petition and for failing to prosecute this action, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Jones may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page, and it must contain an amended petition on this Court's form that complies with the instructions dismissing the prior petition with leave to amend.

The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 18, 2022

                                    WILLIAM H. ORRICK
                                    United States District Judge